MINNIE HINDUS, Appellant, *v.* LESTER M. NEWBURGER et al., as Copartners, Defendants, and FLORENCE SLUTSKY, Individually and as Executrix of SAMUEL SLUTSKY, Deceased, Respondent.

Argued January 16, 1952; decided March 13, 1952.

*Joseph S. Catalano* and *William J. Woods* for appellant.

*Douglas E. Mathewson* and *James A. Smyth* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.